IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

ADAM LANE
ADC #155843                                                                                        PLAINTIFF

v.                            No. 2:20-cv-148-DPM-JTR

LAY, Warden, EARU; BRANCH, Warden,
EARU; NEELY, Chaplain, EARU; PARHAM,
Chaplain, EARU; and ARKANSAS
DEPARTMENT OF CORRECTION                                                    DEFENDANTS

ORDER

The Court adopts Magistrate Judge Ray's unopposed partial recommendation, *Doc. 5*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Lane's claims against the Arkansas Department of Correction are dismissed with prejudice. His claims against Lay, Branch, Neely, and Parham go forward.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

14 August 2020