# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

ADAM LANE  
ADC #155843                                                                                                          PLAINTIFF

V.                              No. 2:20-CV-00148-DPM-JTR

GAYLON LAY,  
Warden, EARU, *et al.*                                                                                          DEFENDANTS

## ORDER

Defendants have filed a Motion to Stay Discovery and Dispositive Motions Deadline (*Doc. 23*) until there is a final ruling on their Motion for Summary Judgment on the issue of exhaustion. *Doc. 16*. For good cause shown, the Motion is GRANTED. The discovery and dispositive motions deadlines in the Court's October 5, 2020 Scheduling Order (*Doc. 15*) are VACATED. Discovery in this case is stayed as to all parties. If any claims survive summary judgment on the issue of exhaustion, the Court will lift the stay on discovery and issue a Revised Scheduling Order setting new discovery and dispositive motion deadlines.

DATED this 16th day of April, 2021.

_____  
UNITED STATES MAGISTRATE JUDGE