IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

ADAM LANE
ADC #155843                                                              PLAINTIFF

v.                          No. 2:20-cv-148-DPM-JTR

GAYLON LAY, Warden, EARU;
EMMER BRANCH, Warden, EARU;
JAMES NEELY, Chaplain, EARU; and
ARLEN PARHAM, Chaplain, EARU                                DEFENDANTS

ORDER

The Court adopts Magistrate Judge Ray's unopposed partial recommendation, *Doc. 26*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motion for summary judgment, *Doc. 16*, denied.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

16 August 2021