# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**ADAM LANE**
**ADC #155843**                                                                 **PLAINTIFF**

**v.**                                    **No. 2:20-cv-148-DPM**

**GAYLON LAY, Warden, EARU;**
**EMMER BRANCH, Warden, EARU;**
**JAMES NEELY, Chaplain, EARU;  and**
**ARLEN PARHAM, Chaplain, EARU**                    **DEFENDANTS**

## ORDER

The Court adopts Magistrate Judge Ray's unopposed partial recommendation, *Doc. 46*.  Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes).  Motion for summary judgment, *Doc. 38*, granted.  Lane's complaint will be dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

22 March 2023