IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ADAM LANE**
ADC #155843                                                                                       PLAINTIFF

v.                              No. 2:20-cv-148-DPM

GAYLON LAY, Warden, EARU;
EMMER BRANCH, Warden, EARU;
JAMES NEELY, Chaplain, EARU;
ARLEN PARHAM, Chaplain, EARU;  and
ARKANSAS DEPARTMENT OF
CORRECTIONS                                                                                    DEFENDANTS

## JUDGMENT

Lane's complaint is dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

22 March 2023